UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRIAN BROOK and MATTHEW PEED,   Index No. 17-cv-06435
                                <u>Assigned Judge:</u>
                    Plaintiffs,  HON. Hon. George B. Daniels

        -against-                **NOTICE OF APPEARANCE**

BRADLEY D. SIMON and SIMON & PARTNERS LLP,

                    Defendants.

-------------------------------------------------------------------X

Defendant, BRADLEY D. SIMON and SIMON & PARTNERS LLP, hereby appears in this action by its attorneys, RIVKIN, RADLER LLP, and requests that all notices or other information be sent to them as follows:

>   RIVKIN RADLER LLP
>   Attorneys for Defendant
>   BRADLEY D. SIMON and SIMON & PARTNERS LLP
>   BY: KENNETH C. MURPHY
>   477 Madison Avenue
>   New York, New York  10022-5843
>   (516) 357-3000

Dated: Uniondale, New York
       May 14, 2018

                            Respectfully submitted,

                            RIVKIN RADLER LLP
                            Attorneys for Defendant
                            KENNETH C. MURPHY
                            926 RXR Plaza
                            Uniondale, New York  11556-0926

TO:    Attorneys for Plaintiffs