UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BRIAN C. BROOK, MATTHEW J. PEED, and
BROOK & ASSOCIATES, PLLC

                              Plaintiffs,

        -against-

BRADLEY D. SIMON and SIMON & PARTNERS, LLP,

                             Defendants.
------------------------------------- x

ORDER

17 Civ. 6435 (GBD)

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: OCT 13 2020]

GEORGE B. DANIELS, United States District Judge:

Defendants' request for an extension of time to file a motion for reconsideration of this Court's Memorandum Decision and Order dated September 29, 2020 as it relates to Defendant Bradley D. Simon is GRANTED. Defendants shall file any such motion by October 27, 2020.

A conference is scheduled for January 6, 2021 at 9:45 am.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge