UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

BRIAN C. BROOK, MATTHEW J. PEED, and
BROOK & ASSOCIATES, PLLC

          Plaintiffs,

   -against-

BRADLEY D. SIMON and SIMON & PARTNERS,
LLP,

          Defendants.
------------------------------------- x

ORDER

17 Civ. 6435 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 04, 2021

GEORGE B. DANIELS, United States District Judge:

   The status conference scheduled for January 6, 2021 is adjourned to February 10, 2021 at 9:45 am.

Dated: New York, New York
    January 4, 2021

                   SO ORDERED.

                   *George B. Daniels*
                   GEORGE B. DANIELS
                   United States District Judge