UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN C. BROOK et al.,

                Plaintiffs,

-v-                                      CIVIL ACTION NO.: 17 Civ. 6435 (GBD) (SLC)

SIMON & PARTNERS LLP et al.,                  ORDER

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

By **Thursday, November 4, 2021**, Defendants shall provide (by email to Cave_NYSDchambers@nysd.uscourts.gov) the email referenced in Plaintiffs' letter-motion and Defendants' letter opposition (ECF Nos. 107–08) for the Court's in-camera review.

Dated:      New York, New York
              November 2, 2021

                                                    SO ORDERED.

                                                    _/s/ Sarah L. Cave_

                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**