

**J'Naia L. Boyd**
(516) 357-3231
j'naia.boyd@rivkin.com

> Defendants' letter-motion requesting to seal confidential documents (ECF No. 110) is GRANTED. The Clerk of Court is respectfully directed to limit access to ECF No. 107 to the case participants and Court users.
>
> Plaintiffs shall promptly refile on ECF their letter-motion filed at ECF No. 107, as well as the exhibits that do not contain confidential information, that is, Exhibits A and E.
>
> The Clerk of Court is respectfully directed to close ECF No. 110.
>
> SO ORDERED 11/3/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

<u>**VIA ECF**</u>

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Brian C. Brook, et al. v. Simon & Partners, LLP, et al.
             Index No.: 17-CV-6435
             <u>RR File No.:  1109-1</u>

Dear Judge Cave:

As Your Honor is aware, we represent Defendants in the above-captioned matter. Per paragraph I.G. of Your Honor's Individual Practices, we write this letter seeking an Order directing that certain documents filed by Plaintiffs be placed under seal pending the Court's determination of the discovery dispute detailed in Plaintiffs' Letter Motion, dated October 27, 2021, and Defendants' Response thereto. <u>See</u> Dkt Nos. 107, 108.

Specifically, Exhibit B, Exhibit C, and Exhibit D annexed to Plaintiffs' Letter Motion contain attorney work product and attorney-client communications. <u>See</u> Dkt. No. 107, Attachments No. 1. As indicated in Defendants' Response, Defendants promptly requested that Plaintiffs return said documents and destroy any copies. <u>See</u> Dkt. No. 108. Although Plaintiffs contest whether these documents are privileged, they have consented to the relief requested herein.

In light of the foregoing, we respectfully request that this Court enter an Order directing that the subject documents be placed under seal pending the Court's determination of the discovery dispute.

Thank you for your courtesies herein.

                                      Respectfully Submitted,

                                      RIVKIN RADLER LLP

                                      /s/ J'Naia L. Boyd

                                      J'Naia L. Boyd

JLB/pw

cc: Brian C. Brook, Esq. (via ECF)

66 South Pearl Street, 11th Floor  |  25 Main Street  |  477 Madison Avenue  |  2649 South Road
Albany, NY 12207-1533  |  Court Plaza North, Suite 501  |  New York, NY 10022-5843  |  Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199  |  Hackensack, NJ 07601-7082  |  T 212.455.9555 F 212.687.9044  |  T 845.473.8100 F 845.473.8777
 |  T 201.287.2460 F 201.489.0495  |   |  

5565372.v1