UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN C. BROOK, MATTHEW J. PEED, and BROOK & ASSOCIATES, PLLC,

                     Plaintiffs,

-v-

SIMON & PARTNERS, LLP and BRADLEY D. SIMON,

                     Defendants.

CIVIL ACTION NO.: 17 Civ. 6435 (GBD) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference concerning the discovery dispute raised at ECF No. 107 is scheduled for **Thursday, November 18, 2021 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
             November 10, 2021

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**