UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN C. BROOK, MATTHEW J. PEED, and BROOK & ASSOCIATES, PLLC,

                      Plaintiffs,

-v-

SIMON & PARTNERS, LLP and BRADLEY D. SIMON,

                      Defendants.

CIVIL ACTION NO.: 17 Civ. 6435 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Following a Telephone Discovery Conference on November 18, 2021, the Court set a briefing schedule concerning Plaintiffs' Letter-Motion to Compel. (ECF No. 117). Under the briefing schedule, Plaintiffs were to file by November 23, 2021 a supplemental letter attaching, among other documents, certain deposition transcripts (the "Transcripts"), and Defendants' opposition was due today, December 3, 2021. (Id.)

Through no fault of the parties, the Transcripts were not prepared and filed until December 2, 2021. (See ECF Nos. 118, 123). Accordingly, the Court EXTENDS Defendants' opposition deadline by one week, until **Friday, December 10, 2021**.

Dated:      New York, New York
              December 3, 2021

                                                  SO ORDERED.

                                                  **SARAH L. CAVE**
                                                  United States Magistrate Judge