UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
BRIAN C. BROOK, MATTHEW J. PEED,
and BROOK & ASSOCIATES, PLLC,

                      Plaintiffs,

               -against-

SIMON & PARTNERS LLP and
BRADLEY D. SIMON,

                     Defendants.
------------------------------------ x

JAN 2 0 2022

ORDER

17 Civ. 6435 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

A pretrial conference is scheduled for February 16, 2022 at 9:45 a.m.

Dated: New York, New York
      January 20, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge