**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

BRIAN C. BROOK, MATTHEW J. PEED, and
BROOK & ASSOCIATES, PLLC,

                 Plaintiffs,

      -against-

SIMON & PARTNERS LLP, and BRADLEY D. SIMON,

                Defendants.

------------------------------------- x

ORDER

17 Civ. 6435 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' request to file a motion for summary judgment, to which Plaintiffs do not object, (ECF No. 130), is GRANTED and is as follows:

- Dispositive motions shall be filed by March 18, 2022;
- Opposition memoranda shall be filed by April 1, 2022;
- Reply memoranda shall be filed by April 8, 2022.

The conference scheduled for February 16, 2022 is adjourned to May 25, 2022 at 9:45 a.m.

Dated: February 8, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge