UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
BRIAN C. BROOK and MATTHEW J. PEED,    :
                                       :
                        Plaintiffs,    :
                                       :          ORDER
              -against-                :
                                       :          17 Civ. 6435 (GBD)
SIMON & PARTNERS LLP and BRADLEY D.    :
SIMON,                                 :
                                       :
                        Defendants.    :
                                       :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for May 25, 2022 at 9:45 a.m. is rescheduled as a videoconference on May 24, 2022 at 11:00 a.m.

Dated: May 23, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge