**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

BRIAN C. BROOK and MATTHEW J. PEED,

                                    Plaintiffs,

    -against-

SIMON & PARTNERS LLP and BRADLEY D. SIMON,

                                Defendants.

------------------------------------- x

ORDER

17 Civ. 6435 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court will hear oral argument on Defendant's Motion for Summary Judgment, (ECF No. 132), on July 27, 2022 at 10:30 a.m.

Dated: May 24, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge